IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      04-cv-01467-RPM-OES

CAO YONG and
CAO YONG EDITIONS, INC.;

Plaintiff(s),

vs.

SILK ROAD GALLERY, INC.; and
HONGYUAN YANG, aka H. Wang;

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 8, 2005

Plaintiffs' Second Motion for Entry of Default Judgment [filed December 29, 2005] is deemed MOOT.